**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.:   06-** |
| | : | **Magistrate No. 06-251M** |
| **v.** | : | |
| | : | **VIOLATION:** |
| **TERRI D. MINOR,** | : | **18 U.S.C. §666(a)(1)(A)** |
| | : | **(Obtaining funds by fraud from** |
| **Defendant.** | : | **program receiving federal funds); and** |
| | : | **18 U.S.C. § (2) (Aiding and abetting)** |

_____

## INFORMATION

The United States Attorney charges:

### COUNT ONE

#### A. Introduction

1.  During all times relevant to this Information, an individual known to the United States Attorney (hereinafter referred to as "Individual #1") was employed as a District of Columbia government employee, that is, as a Correctional Officer with the Department of Youth Rehabilitation Services.  As part of his duties, Individual #1 provided security services at the District of Columbia's Oak Hill Youth Center in Laurel, Maryland, a facility operated by the Department of Youth Rehabilitation Services.

2.  During all times relevant to this Information, defendant TERRI D. MINOR was employed as a District of Columbia government employee, that is, as a Civilian Payroll Technician, Human Support Services Cluster, Office of the Chief Financial Officer.  As part of her duties, defendant MINOR prepared time and attendance records for District of Columbia employees.

3.  During all times relevant to this Information, the D.C. Department of Youth Rehabilitation Services received benefits in excess of $10,000 per year from grant money received from the United States Department of Justice.

B. <u>Fraud</u>

4.  From in or about October of 2005 until in or about February of 2006, in the District of Columbia and elsewhere, Individual #1, who was an employee of the Department of Youth Rehabilitation Services, and who was aided and abetted by defendant MINOR, obtained by fraud property worth at least $5,000 that was owned by and under the care, custody and control of the Department of Youth Rehabilitation Services, that is, United States currency in the amount of approximately $19,002.76.

(<u>Obtaining Funds by Fraud from Program Receiving Federal Funds</u> and <u>Aiding and Abetting</u>, in violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2).

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar # 451058


By: _____
DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar #417718
555 4th Street, N.W., Room 5231
Washington, D.C.  20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov