AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
JUL 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

TERRI D. MINOR

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-130-(HHK)

I, TERRI D. MINOR, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____7-28-2006_____ prosecution by indictment and consent that the
                                            Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
          Judicial Officer