FILED
JUL 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06 - 190-(HHK) |
| v. | : | |
| TERRI D. MINOR, | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Terri D. Minor, with the concurrence of her attorney, Joanne Roney Hepworth, agree and stipulate as follows:

The defendant is charged by Information with one count of Obtaining Funds by Fraud From Program Receiving Federal Funds, pursuant to Title 18, United States Code, Section 666(a)(1)(A) and Section 2 (Aiding and Abetting).

At all relevant times, Steven McGloster was a D.C. government employee working as a Correctional Officer with the Department of Youth Rehabilitation Services. From in or about November of 2004 until in or about April 2006, Mr. McGloster worked as a Correctional Officer at the Oak Hill Youth Center which was operated by the Department of Youth Rehabilitation Services. During the time that Mr. McGlouster worked at Oak Hill Youth Center, the D.C. Department of Youth Rehabilitation Services received at least $10,000 per year from the United States Department of Justice.

At all relevant times, defendant Minor was a D.C. Government employee working as a Civilian Payroll Technician, Human Support Services Cluster, Office of the Chief Financial Officer. Part of the duties of Minor included preparing time and attendance records for D.C. government

employees.

In or about October of 2005, Mr. McGloster was placed on a status of leave without pay with the Department of Youth Rehabilitation Services. At about that same time, defendant Minor, Mr. McGloster's girlfriend with whom he shared a residence, was assigned to do the time and attendance records for the Oak Hill employees.

In or about October of 2005, defendant Minor and Mr. McGloster agreed with each other for defendant Minor to alter Mr. McGloster's time and attendance records to fraudulently show that he was working. Defendant Minor altered these records from in or about October of 2005 through in or about February of 2006. Defendant Minor stopped at that time because Mr. McGloster returned to work at Oak Hill Youth Center. Defendant Minor fraudulently altered time and attendance records for seven pay periods. During that time, defendant Minor, beyond showing that Mr. McGloster was working, also added hours for overtime, holiday, night, or Sunday hours, which hours pay above the standard salary. The total amount of money that went to Mr. McGloster for these fraudulent time and attendance records was approximately $19,002.76.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: *Daniel P. Butler*

DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Joanne Roney Hepworth, I agree and stipulate to this Statement of Offense.

Date: 7-28-2006                          _____
                                         Ms. Terri D. Minor
                                         Defendant

I have discussed this Statement of Offense with my client, Ms. Terri D. Minor. I concur with her decision to stipulate to this Statement of Offense.

Date: 7-28-2006                          _____
                                         Joanne Roney Hepworth, Esquire
                                         Attorney for Defendant Terri D. Minor