U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA          :

v.                               :

TERRI D. MIMOR                   :          Case No. 06-190 (HHK)     **FILED**

DEFENDANT.                       :                                     JUL 2 8 2006

                                 :                                    NANCY MAYER WHITTINGTON, CLERK
                                                                       U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this ___ **JULY 28TH** ___ day of ___ **JULY, 2006** ___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on **TO BE DETERMINED** ___ by **SPECIAL AGENT LLOYD HODGE, DC OIG** ___ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to **THE DISTRICT OF COLUMBIA, OFFICE OF THE INSPECTOR GENERAL** ___ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of **SA LLOYD HODGE** ___ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (or Magistrate) **HENRY H. KENNEDY, JR.**

DOJ USA-16-1-80

**COURT**