UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-190-01 (HHK) |
| | : | |
| v. | : | |
| | : | |
| TERRI D. MINOR, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits in the above-referenced matter this memorandum in aid of sentencing of defendant Terri D. Minor. As is discussed below, the government requests a sentence within the applicable federal sentencing guidelines range of zero to six months, deferring to the Court as to the actual sentence within the guidelines, but would not oppose a sentence of probation, and requests that defendant be ordered, jointly and severally with Steven McGloster, to make restitution of $19,002.76

### I. FACTUAL BACKGROUND

On June 28, 2006, the government filed an Information charging defendant with obtaining funds by fraud from a program receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1) and 2. On July 28, 2006, defendant pled guilty to the Information. Sentencing is now set before the Court on October 20, 2006, at noon.

According to the statement of offense filed in this matter and the Presentence Investigation Report ("PSR"), at page 4, ¶ 6-10, both of which were agreed to by the defendant, PSR, at page 5, ¶ 13, at all relevant times Steven McGloster was a D.C. government employee working as a Correctional Officer with the Department of Youth Rehabilitation Services. From in or about

November of 2004 until in or about April of 2006, Mr. McGloster worked as a Correctional Officer at the Oak Hill Youth Center which was operated by the Department of Youth Rehabilitation Services.[1] During the time that Mr. McGloster worked at Oak Hill Youth Center, the D.C. Department of Youth Rehabilitation Services received at least $10,000 per year from the United States Department of Justice.

At all relevant times, defendant was a D.C. Government employee working as a Civilian Payroll Technician, Human Support Services Cluster, Office of the Chief Financial Officer. Part of the duties of defendant included preparing time and attendance records for D.C. government employees.

In or about October of 2005, Mr. McGloster was placed on a status of leave without pay with the Department of Youth Rehabilitation Services. At about that same time, defendant, Mr. McGloster's female companion with whom he shared a residence, was assigned to do the time and attendance records for the Oak Hill employees.

In or about October of 2005, defendant and Mr. McGloster agreed with each other for defendant to alter Mr. McGloster's time and attendance records to fraudulently show that he was working. Defendant altered these records from in or about October of 2005 through in or about February of 2006. Defendant stopped at that time because Mr. McGloster returned to work at Oak Hill Youth Center. Defendant fraudulently altered time and attendance records for seven pay periods. During that time, defendant, beyond showing that Mr. McGloster was working, also added hours for overtime, holiday, night, or Sunday hours, which hours paid above the standard salary. The

---

[1] Mr. McGloster pled guilty in this matter to similar charges and is currently scheduled to be sentenced on November 17, 2006 by Judge Richard J. Leon, Case No. 06-194 (RJL).

total amount of money that went to Mr. McGloster for these fraudulent time and attendance records was approximately $19,002.76.

## II. UNITED STATES SENTENCING GUIDELINES ("USSG")

The probation officer believes, and the United States concurs, that the defendant's resulting Total Adjusted Offense Level for the offense is 8, her Criminal History category is I, and her USSG range is 0 to 6 months. PSR, at page 5, ¶ 24, and page 11, ¶ 51. Because the applicable guidelines range is in Zone A, defendant is eligible for probation. *Id.*, at page 12, ¶ 57. There are no factors in this case that are not adequately already taken into account by the USSG.

## III. RECOMMENDATION

The defendant used her position with Office of the Chief Financial Officer to steal this money. Her theft occurred over a several months and involved her creating fraudulent government documents. This conduct, with its resulting harm to the District of Columbia citizens and its government, is serious conduct that needs to be adequately punished. Moreover, beyond the harm to the District's citizens and government, the corruption of a public service institution itself is a wrong. Corruption by public officials in the District of Columbia, at whatever level, is a serious and, unfortunately, too often recurring problem. Corruption erodes the public confidence in government officials, employees and institutions. Citizens will trust, accept and comply with the requirements of a system they believe operates fairly, but not one that they do not believe does so. Moreover, although most public servants are honest and hard working, their morale is hurt by those who engage in corruption and their reputations suffer.

On the other hand, defendant quickly admitted her guilt and agreed to make restitution. Moreover, although she is forty years old, she has no prior criminal record.

Accordingly, the government, requests that the Court impose a sentence within the guidelines, but defers to the Court as to the actual sentence. In light of all the circumstances discussed above, however, the government would not oppose a sentence of probation. Furthermore, as part of the plea, defendant agreed to make restitution to the D.C. government of $19,002.76. Plea Letter, June 8, 2006, at page 2, ¶ 4; *see* PSR, at page 4, ¶ 11, and page 13, ¶ 66. The government respectfully requests that the Court order the defendant to pay that amount of restitution. It does not appear, however, that defendant has the ability to pay a fine. PSR, at page 10, ¶ 49.

        Respectfully Submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar Number 498610

By:      / s /
_____
DANIEL P. BUTLER
D.C. Bar #417718
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9431
Daniel.Butler@usdoj.gov