UNITED STATES DISTRICT COURT
FOR THE
THE DISTRICT OF COLUMBIA

**FILED**

MAY 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. <u>Terri Minor</u>   Docket No.: <u>CR 06-190</u>

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER the conditions of probation be modified to include participation in mental health treatment, as directed by the United States Probation Office.

## ORDER OF COURT

Considered and ordered this ____15Th____ day of ___May___, 2007.

_____
Henry H. Kennedy, Jr.
United States District Judge